**NOTE CHANGES MADE BY THE COURT**

G. Thomas Martin, III, Esq. (SBN 218456)
tom@pricelawgroup.com
Darin S. Shaw, Esq. (SBN 251037)
darin@pricelawgroup.com
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730

E-FILED 03/29/13
JS-6

Attorneys for Plaintiff,
DEBBIE HAYWARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE HAYWARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>R.M. GALACIA, INC., aka PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>          Defendant. | Case No.: CV12-06602-PSG-AJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** ; ORDER |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff DEBBIE HAYWARD hereby voluntarily dismisses her claims, with prejudice, against Defendant R.M. GALACIA, INC., aka PROGRESSIVE MANAGEMENT SYSTEMS.

                                        RESPECTFULLY SUBMITTED,

DATED: March 26, 2013                   **PRICE LAW GROUP APC**

                                        By: /s/ G. Thomas Martin, III
                                        G. Thomas Martin, III
                                        Attorney for Plaintiff

**IT IS SO ORDERED.**
DATED: 03/29/13
_/s/_
**U.S. DISTRICT JUDGE**

NOTICE OF VOLUNTARY DISMISSAL